UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRIN KEITH NICHOLAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2630** |
| **SHERIFF MARLIN N. GUSMAN OF THE ORLEANS PARISH** | **SECTION "S"(4)** |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by Darrin Keith Nicholas against Orleans Parish Sheriff Marlin Gusman is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A and 42 U.S.C. §1997e.

New Orleans, Louisiana, this  3rd  day of      January      , 2012.

**UNITED STATES DISTRICT JUDGE**